| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Amanda Seabock, Esq., SBN 289900 |
| 2 | Chris Carson, Esq., SBN 280048 |
| 3 | Phyl Grace, Esq., SBN 171771 |
| | Dennis Price, Esq., SBN 279082 |
| 4 | Mail: PO Box 262490 |
| | San Diego, CA 92196-2490 |
| 5 | Delivery: 9845 Erma Rd., St. 300 |
| 6 | San Diego, CA 92131 |
| | (858) 375-7385 |
| 7 | phylg@potterhandy.com |
| | Attorneys for Plaintiff |
| 8 | |
| 9 | Michael Heath SBN 196747 |
| | LAW OFFICES OF MICHAEL HEATH |
| 10 | 3251 Steiner Street |
| | San Francisco, CA 94123 |
| 11 | 415-93 1-4207 |
| 12 | FAX 415-931-411 7 |
| | Attorneys for Defendants |
| 13 | Deborah Ann Beall and Kevin Amit Singh |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case No.: 3:18-CV-04079-JCS |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| DEBORAH ANN BEALL, in individual and representative capacity as trustee; KEVIN AMIT SINGH; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Joint Stipulation -1- 3:18-CV-04079-JCS

| | | |
|---|---|---|
| Dated: May 17, 2019 | | CENTER FOR DISABILITY ACCESS |

By:   /s/ Amanda Lockhart Seabock
      Amanda Lockhart Seabock
      Attorneys for Plaintiff

Dated: May 17, 2019         LAW OFFICES OF MICHAEL HEATH

By:   /s/ Michael Heath
      Michael Heath
      Attorneys for Defendants
      Deborah Ann Beall and Kevin Amit Singh

Dated: May 17, 2019

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Michael Heath, counsel for Deborah Ann Beall and Kevin Amit Singh, and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 17, 2019          CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Lockhart Seabock
      Amanda Lockhart Seabock
      Attorneys for Plaintiff